ACCEPTED
01-14-1004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 5:50:51 PM
CHRISTOPHER PRINE
CLERK

*Veronica L. Davis*

*Attorney at Law*

*226 N. Mattson*

*West Columbia, Texas 77486*

*(979) 345-2953*

*(979) 345-5461 facsimile transmission*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 5:50:51 PM

CHRISTOPHER A. PRINE
Clerk

Hon. Christopher Prine
First Court of Appeals
301 Fannin
Houston, Texas 77002

January 02, 2014

Re:     Cause No.  01-14-1004-CV; In the Matter of the Guardianship of Lonnie Phillips, Jr. Incorrectly titled Kevin Campbell vs. Catherine Wiley;  from the Galveston County Probate Court

Dear Mr. Prine,

You have sent a letter requesting the docketing fee.  The ward is indigent in this cause.  A Motion has been filed in Probate Court to proceed with this cause as an indigent.

Attached please find a copy of the filing.   Please file among the papers in this cause.

Thank you in advance for your attention to this matter.


Sincerely yours,

/s/ Veronica L. Davis

Veronica L. Davis